U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 16 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLIFTON WAYNE RIDGEWAY                                    PLAINTIFF

vs.                         Case No. 12-2159

CALFRAC WELL SERVICES CORP                                DEFENDANT

### NOTICE OF REMOVAL

Defendant Calfrac Well Services Corp. ("Calfrac"), pursuant to 28 U.S.C. § 1441 *et seq.*, gives notice of the removal of this action from the Circuit Court of Sebastian County, Arkansas, to the United States District Court for the Western District of Arkansas, Fort Smith Division. Removal jurisdiction based upon diversity of citizenship, 28 U.S.C. § 1332, is founded on the following:

1.      This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of cases.

2.      This case, styled Clifton Wayne Ridgeway v. Calfrac Well Services Corp., was filed on May 30, 2012, in the Circuit Court of Sebastian County, Arkansas, being civil action number CV-12-0697 on the docket of that court. Plaintiff alleges personal-injury damages against defendants in connection with a January 23, 2010 injury that allegedly occurred in Drasco, Arkansas.

3.      Defendant Calfrac Well Services Corp. was served with the summons and complaint on June 20, 2012.

4.      Copies of the complaint and the summons served on defendant Calfrac Well Services Corp. are attached as Exhibit 1, and defendant's answer to the

1130821-v1

complaint is attached as Exhibit 2, these constituting all process, pleadings and orders which have been served upon or by defendants and that have been filed and served in this case.

5.  At the time of the commencement of this suit, plaintiff was and at the present time is a citizen of Arkansas. Defendant Calfrac Well Services Corp., is and was at the time of the institution of this civil action, a Colorado corporation with its principal place of business in Denver, Colorado. As a result, the defendant is not now, and was not at the time of the filing of the complaint, a citizen or resident of the State of Arkansas within the meaning of the Acts of Congress relating to the removal of causes.

6.  The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7.  Undersigned counsel states that this removal is well grounded in fact, warranted by existing law and not interposed for any improper purpose.

8.  Defendant will file a file-marked copy of this notice of removal with the Circuit Clerk of Sebastian County, Arkansas, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, defendant Calfrac Well Services Corp., gives notice of the removal of this cause to this Court from the Circuit Court of Sebastian County, Arkansas.

WRIGHT, LINDSEY & JENNINGS LLP

200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201-3699
(501) 371-0808
FAX:  (501) 376-9442

By  _____
Michael D. Barnes (88071)
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

      On July 13, 2012, a copy of the foregoing was served by U.S. mail on the following:

M. Jered Medlock
Medlock & Gramlich, LLP
P.O. Box 3326
Fort Smith, AR 72913

_____
Michael D. Barnes