```
                                        FILED
                                     FT. SMITH DIST.

                                   2012 MAY 30  AM 11 35
                                   Sandy Waggoner
                                   CIR. CLERK SEB. CO.
```

# IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
## FORT SMITH DIVISION

| | |
|---|---|
| **CLIFTON WAYNE RIDGEWAY** | **PLAINTIFF** |
| VS. | Case No. **CV-12-0697** |
| **CALFRAC WELL SERVICES CORP** | **DEFENDANT** |

## COMPLAINT

COMES NOW the Plaintiff, Clifton Wayne Ridgeway, by and through his undersigned attorney, and for his cause of action against the Defendant, Calfrac Well Services Corp hereby states:

1. That jurisdiction is proper hereon and that the Plaintiff alleges an injury which took place at a Calfrac well in Drasco, Arkansas.

2. That venue is proper herein pursuant to ACA 16-55-213 a(3).

3. That on or about January 23, 2010, Clifton Wayne Ridgeway was an employee of Tuttle and Tuttle Trucking.

4. That in the course and scope of his employment and due to a contract between his employer and the Defendant, Clifton Wayne Ridgeway was dispatched to a Calfrac well in Drasco, Arkansas.

1


RECEIVED 5/31/12

5. That the purpose of the dispatch to the Calfrac well in Drasco, AR was to deliver sand to be used in the well operation that Calfrac was in charge of.

6. That, upon arrival, Plaintiff maneuvered his tractor/trailer rig to its normal position where he would dump sand as he had done at numerous other well sites before.

7. That while exiting his vehicle and walking to and from the various dump sites on the ground, Plaintiff walked, unbeknownst to him, in acid which ate through his shoe and into his foot.

8. That Calfrac Well Services owes a duty to its business invitees to protect them against injuries such as this.

9. That, upon information and belief, the acid spill was known and had not been cleaned up by Calfrac Well Services or anyone else at their direction.

10. That the acid on the ground cannot be said to have been an open and obvious danger.

11. That as a result of the acid eating through Clifton Wayne Ridgeway's boot and foot, he underwent serious medical treatment resulting in, ultimately, the removal of bones from his foot.

12. That Clifton Wayne Ridgeway incurred medical bills both past and future, lost wages, pain and suffering, and permanent disability to his foot as a result of the loss of the bone. Further, Clifton Wayne Ridgeway is now required to use a prosthetic device in his boot so that his foot will allow him to walk evenly.

13. That the negligence of Calfrac Services in using ordinary care to maintain their premises in a reasonably safe condition was the proximate cause of the injury to Clifton Wayne Ridgeway and Calfrac Well Services should be liable for damages in the amount determined by a jury of his peers.

WHEREFORE, the Plaintiff, Clifton Wayne Ridgeway, prays as above, and for any and all such relief as is proper.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

By: _____
M. Jered Medlock ABA #05304
Medlock & Gramlich, LLP
P.O. Box 3326
Fort Smith, AR 72913
Telephone No. (479) 494-5614
Facsimile No. (479) 573-0183

# RETURN

STATE OF _____, COUNTY OF _____

On this ____ day of _____, 2012 at ____ o'clock __m., I have duly served with within summons by delivering a copy thereof (or stating the substance thereof), together with a copy of the complaint, to such person being:

☐ the person named therein as defendant.

☐ a member of the defendant's family above 14 years of age a defendant's usual

place of abode, namely _____ the duly designated agent

of service of process for the defendant, namely _____

OTHER: _____

_____, SHERIFF

BY:_____
Deputy Sheriff

# NOTICE

TO: CALFRAC WELL SERVICES CORP

A lawsuit captioned CLIFTON WAYNE RIDGEWAY v. CALFRAC WELL SERVICES CORP has been filed against you in the Circuit Court of Cleburne County, Arkansas. The enclosed summons and Complaint are served on you in accordance with Rule 4(d)(8)(B) of the Arkansas Rules of Civil Procedure.

You must complete the acknowledgement part of this form and return one copy of the completed form to the sender within TWENTY (20) days. If you do not do so, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner prescribed by law.

If you do not complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within the time specified in the summons. If you fail do so, judgment by default will be entered against you for the relief demanded in the complaint.

You must sign and date the acknowledgement. If you are served on behalf of a corporation, partnership, limited liability company, unincorporated association, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and are authorized to receive service, you must indicate under your signature your authority.

As the sender of this Notice and Acknowledgement of Receipt of Summons and Complaint, I declare under penalty of perjury that it is being mailed on this 29th day of May, 2012.

Sender's Address:
M. Jered Medlock
PO Box 3326
Fort Smith, AR 72913

_M. Jered Medlock_
M. Jered Medlock

_M Jered Medlock_
Printed Name

5/29/2012
Date of Signature

## ACKNOWLEDGEMENT OF RECEIPT
## OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and complaint in the lawsuit referenced above at

_____ on the _____ day of _____, 2012.

_____
SIGNATURE

_____
PRINTED NAME

_____
Relationship to Entity/ Authority to Receive Service

_____
Date

MEDLOCK & GRAMLICH
P.O. BOX 3326
FORT SMITH, AR 72913



$10.500
US POSTAGE
FIRST-CLASS
FROM 72901
JUN 18 2012
stamps.com

062S0007875410

CERTIFIED MAIL

7010 0290 0002 5971 2591

CALFRAC WELL SERVICES CORP
ATTN CORPORATION SERVICES COMPANY
300 SPRING Bldg
300 S. SPRING St Ste 900
LITTLE ROCK AR 72201-2425