IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLIFTON WAYNE RIDGEWAY                                                    PLAINTIFF

v.                               Case No. 2:12-CV-02159

CALFRAC WELL SERVICES CORPORATION                                         DEFENDANT

## **ORDER**

Currently before the Court is Plaintiff Clifton Wayne Ridgeway's Motion to Dismiss (Doc. 21) without prejudice.

Upon due consideration, the Motion to Dismiss (Doc. 21) is GRANTED, and Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2). Pursuant to Fed. R. Civ. P. 41(d), should Plaintiff re-file an action based on or including the same claim or claims against the same Defendant, the Court will consider any issues related to duplicative costs and fees at that time.

IT IS SO ORDERED this 20th day of May, 2013.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE